ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

AUG 09 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAIRO NAJERA | Criminal Information<br><br>No. 1:24-CR-245 |

THE UNITED STATES ATTORNEY CHARGES THAT:

1. Beginning on a date unknown, but at least by on or about November 9, 2023, and continuing until on or about March 11, 2024, in the Northern District of Georgia and elsewhere, the defendant, JAIRO NAJERA, and others known and unknown to the United States Attorney, did knowingly conspire and agree with each other to ship, transport, transfer, cause to be transported, and otherwise dispose of at least one firearm to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony (as defined in Title 18, United States Code, Section 932(a)).

### Background

2. The FN M249S is a belt-fed rifle chambered in 5.56mm. The rifle will also accept a 30-round magazine. The FN M249S is the semi-automatic version of the Army's M249 Squad Automatic Weapon (SAW).

3. The FN M249S is available for commercial purchase and retails for approximately $10,000-12,000.

4. The FN M249S is manufactured in South Carolina.

5. The FN M249S can be illegally converted to fully automatic.

6. The Barrett M82A1 is a .50 caliber sniper rifle. It retails for approximately $9,000.

7. The Barrett M82A1 is manufactured in Tennessee.

8. Both the FN M249S and Barrett M82A1 are desired by Mexico-based drug cartels who work to acquire them in the United States and smuggle them into Mexico.

### Manner and Means

9. On November 9, 2023, Defendant NAJERA purchased a FN M249S from a Federal Firearms Licensee in the Northern District of Georgia. Defendant NAJERA then transferred the firearm to Person 1.

10. On November 29, 2023, Defendant NAJERA purchased a FN M249S from a Federal Firearms Licensee in the Northern District of Georgia for cash. Defendant NAJERA then transferred the firearm to Person 1.

11. On December 7, 2023, Defendant NAJERA purchased a FN M249S from a Federal Firearms Licensee in the Northern District of Georgia for cash. Defendant NAJERA then transferred the firearm to Person 1.

12. On December 13, 2023, Defendant NAJERA purchased a FN M249S from a Federal Firearms Licensee in the Northern District of Georgia for cash. Defendant NAJERA then transferred the firearm to Person 1.

13. On December 16, 2023, Defendant NAJERA purchased a Barrett M82A1 .50 caliber rifle from a Federal Firearms Licensee in the Northern

District of Georgia for cash. Defendant NAJERA then transferred the firearm to Person 1.

14. On March 11, 2024, Defendant NAJERA purchased a FN M249S from a Federal Firearms Licensee in the Northern District of Georgia for cash. Defendant NAJERA intended to transfer the firearm to Person 1 at the time he purchased the firearm. Prior to Defendant NAJERA's transfer of the firearm, he was interdicted by law enforcement.

All in violation of Title 18, United States Code, Sections 933(a)(1), (a)(3), and (b).

## Forfeiture

Upon conviction of the offense alleged in this Information, the defendant, JARIO NAJERA, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 934(a), any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation, including, but not limited to, the following:

> MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of the offense alleged in this Information.

If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

RYAN K. BUCHANAN
*United States Attorney*

*/s/ Calvin A. Leipold*
CALVIN A. LEIPOLD, III
*Assistant United States Attorney*
Georgia Bar No. 442379


BETHANY L. RUPERT
*Assistant United States Attorney*
Georgia Bar No. 971630

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000